## HUERTAS v. THE MUNICIPAL JUDGE.

### APPEAL from the District Court of San Juan.

No. 80.—Decided April 21, 1904.

APPEAL.—An appeal will lie only from decisions of a final character, and a decision of the district court dismissing a complaint presented by a party against proceedings had before a municipal judge is not final for the purposes of appeal.

### STATEMENT OF THE CASE.

This is an appeal taken to the District Court of San Juan by Damiana Huertas y Pulido against the municipal judge of Río Piedras in connection with certain proceedings had for the execution of the judgment rendered by the said San Juan court in an action of unlawful detainer instituted by Pedro Elzaburu against Juan Molfulleda. The case is pending before us on appeal allowed to Damiana Huertas, who was represented in this Supreme Court by Attorney Rafael López Landrón.

On the thirteenth day of April of last year Damiana Huertas, without the direction of counsel, made application by written petition to the District Court of San Juan, requesting that the notice served by the municipal court of Río Piedras upon various *colonos* of an estate, which she claims is her property, demanding that Pedro Elzaburu be recognized as the owner thereof, be declared null and void. This notice was given in connection with an order set forth in the form of a letter of the District Court of San Juan, directing that Juan Molfulleda be ousted from the possession of the estate constituting the subject-matter of the unlawful detainer proceedings instituted

contra Mollfulleda por Elzaburu y terminado por sentencia.

*Resultando*: que previo informe del Juez Municipal de Río Piedras, la Corte de Distrito de San Juan dictó auto en 8 de Julio último desestimando la queja interpuesta por el fundamento de que el requerimiento no tenía más alcance que el de poner en conocimiento de los agregados que Elzaburu ocupaba legalmente la finca, en igual concepto que si fuera dueño de ella, mientras no fuera vencido en el juicio plenario de propiedad, para el cual tenía la parte completamente expedito su derecho. .

*Resultando*: que contra ese auto dedujo Doña Damiana Huertas recurso de apelación que le fué admitido, y elevadas las actuaciones á esta Corte Suprema, sin más parte que la recurrente, se dió al recurso la tramitación correspondiente, señalándose día para la vista, que tuvo lugar con asistencia del Letrado representante de dicha parte.

Abogado del apelante: *Sr. López Landrón.*

EL JUEZ ASOCIADO, SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando* que contra el auto que dictó el Tribunal de Distrito de San Juan en 8 de Julio del año próximo pasado resolviendo una queja interpuesta por Doña Damiana Huertas contra procedimientos del Juez Municipal de Río Piedras, no cabe recurso de apelación, pues aquel auto nada resuelve acerca del derecho de propiedad que pueda tener la recurrente sobre la finca de que se trata y por tanto no puede calificarse de definitivo para los efectos del expresado recurso.

*Se declara* no haber lugar á resolver el presente recurso de apelación, con las costas á la parte recurrente; y con certificación del presente devuélvanse los autos al Tribunal de Distrito de San Juan, á los fines procedentes.

Jueces concurrentes: Sres. Figueras, Sulzbacher y Mac-Leary.

El Juez Presidente Sr. Quiñones no formó Tribunal en la vista de este caso.

against Molfulleda by Elzaburu, and which terminated in a judgment.

After a report of the municipal judge of Río Piedras, the District Court of San Juan made an order on the eighth day of June last dismissing the complaint, on the ground that the scope of the notice was limited to informing the *colonos* that Elzaburu was legally occupying the estate in the same sense as though he were the owner thereof, until such time as he might be defeated in the action to establish the plenary ownership of the property, for which purpose the rights of the party were fully available.

From this order Damiana Huertas took an appeal, which was allowed, and the record of the proceedings having been forwarded to this court; and the appellant only having appeared, the appeal was properly conducted and a day was set for the hearing, which took place with the attorney for the said party present.

*Mr. López Landrón*, for appellant.

MR. JUSTICE HERNÁNDEZ, after stating the foregoing facts, delivered the opinion of the court:.

No appeal lies from the order made by the District Court of San Juan on the 8th of July last, passing upon the complaint presented by Damiana Huertas against the proceedings had before the municipal judge of Río Piedras, since said order decides nothing with respect to such property rights as may be held by the appellant over the estate in question, and, therefore, it cannot be classified as final for the purposes of said appeal.

The present appeal is dismissed, with costs against the appellant. The record of the District Court of San Juan is ordered to be returned, together with a certified copy of this decision.

Justices Figueras, Sulzbacher and MacLeary concurred.

Mr. Chief Justice Quiñones did not sit at the hearing of this case.